**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO**

SID CHILDRESS,

        Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE
COMPANY and NATIONWIDE SALES
SOLUTIONS, INC.,

        Defendants.

No. 17-CV-00261 MCA/JHR

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

      Plaintiff Sid Childress and Nationwide Mutual Insurance Company and Nationwide Sales Solutions, Inc. by and through counsel, have requested that the Court enter an Order dismissing all claims that were, or could have been, brought by Plaintiff against all Defendants in this matter with prejudice. The Court being informed in the premises and no party opposing the motion:

      IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT all claims and causes of action asserted, or which could have been asserted, in Plaintiff's Complaint against Defendants, are dismissed in their entirety with prejudice, with each side to bear their own attorney fees and costs.

                                                       _____
                                                       US DISTRICT JUDGE M. CHRISTINA ARMIJO

| Plaintiff: | Defendant: |
|---|---|
| *Approved via email on 2.26.18* | */s/ Jennifer A. Noya* |
| Sid Childress | Jennifer A. Noya |
| PO Box 2327 | Jennifer.noya@modrall.com |
| Santa Fe, NM 87504 | MODRALL SPERLING |
| 505-433-9823 | 500 Fourth Street NW, Suite 1000 |
| childresslaw@hotmail.com | Albuquerque, NM  87102 |
|  | Telephone:    (505) 848-1881 |
| *Plaintiff* |  |
|  | Sonia Martin |
|  | (*admitted pro hac*) |
|  | sonia.martin@dentons.com |
|  | DENTONS US LLP |
|  | One Market Plaza |
|  | Spear Tower, 24th Floor |
|  | San Francisco, CA 94105 |
|  | Telephone:    (415) 267-4000 |
|  | Facsimile:    (415) 267-4189 |
|  |  |
|  | *Attorneys for Defendants* |

*W3136015.DOCX*